UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LARRY LOTT** | * | |
|     **Plaintiff** | * | |
| v. | * | Civil Action No.: _____ |
| **AUDREY J. LEE** | * | |
|     **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF REMOVAL**

    Defendant, Audrey J. Lee, ("Lee" or "Defendant"), by her undersigned counsel, serves notice that the above-entitled cause is removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1441. Defendant's grounds for the removal are as follows:

    1.    Defendant has been named in this lawsuit, which was originally filed in the Superior Court of the District of Columbia on or about July 21, 2005. *See* attached copy of Plaintiff's Complaint.

    2.    The Plaintiff's action in said suit was docketed in the Superior Court of the District of Columbia as Case No. 05ca0005794. Copies of the Summons, Complaint, Interrogatories and Request for Production of Documents are attached hereto as Exhibit 1 and made a part hereof. Defendant states that no process, pleadings or other orders, except for the above-described Summons, Complaint, Interrogatories and Request for Production of Documents have been served upon her.

3.  The Plaintiff's complaint is a negligence action to recover the amount of $750,000 plus interest and costs.

4.  The Plaintiff's Complaint alleges that he is an adult resident of the State of Texas.

5.  The Defendant is an adult resident of the State of New Jersey.

6.  As this case involves a civil matter in which the amount in controversy exceeds $75,000 exclusive of interest and costs and is between citizens of different states, the U.S. District Court has jurisdiction pursuant to 28 U.S.C. § 1332 and the case is removable to this Court as provided for under 28 U.S.C. § 1441.

7.  Removal of this case is timely pursuant to 28 U.S.C. § 1446 because this Notice of Removal was filed within 30 days of Defendant's receipt of the Plaintiff's Complaint and Summons on or about August 26, 2005.

8.  Defendant has given written notice of the filing of this Notice of Removal to the Plaintiff and has filed a copy of this Notice with the Clerk of the Superior Court of the District of Columbia.

9.  Attached hereto as Exhibit 1 are copies of all documents served on the Defendant in this action.

**WHEREFORE**, Defendant, Audrey J. Lee, notifies this Court that this action has been removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia pursuant to the provisions of 28 U.S.C. § 1441, and that no further

proceedings be had in the Superior Court of the District of Columbia.

/s/
Thomas V. McCarron, Fed. Bar No. 465948
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland   21201
(410) 539-5040

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of September, 2005, a copy of this Notice of Removal (with attachments) was mailed, first class mail, postage prepaid, to:

Kevin I. Goldberg, Esquire
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910

*Attorneys for Plaintiff*

/s/
Thomas V. McCarron

B0553194.WPD