# IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**LARRY LOTT**
2128 Parkway Place
Tyler, TX 75701

        Plaintiff,

v.

**AUDREY J. LEE**
Aka "Jachin A. Lee"
Aka "Ja-Chin Audrey Lee"
807 Lakeview Terrace
Princeton, NJ 08540

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.: **05-0005794**

RECEIVED
Civil Clerk's Office
JUL 2 1 2005
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT

(Demand for Jury Trial)

Larry Lott, Plaintiff, by his attorneys, Kevin I. Goldberg and Goldberg & Finnegan, LLC sues Defendant Audrey J. Lee (hereinafter "Ms. Lee"), and for her reasons state as follows:

1. This Court has jurisdiction pursuant to Title 11, Sec. 921 of the <u>District of Columbia Code</u>.

2. Plaintiff Larry Lott (hereinafter "Mr. Lott") is an adult individual who resides in Tyler Texas.

3. Defendant Audrey J. Lee is an adult individual who resides in New Jersey. She goes by the names Jachen A. Lee and/or Ja-Chin Audrey Lee, however, upon information and belief, they are one and the same person. She will be referred to as "Ms. Lee" for purposes of the remainder of this Complaint.

4. This Court has jurisdiction because the accident occurred in Washington, D.C.

5. On or about August 23, 2003  Mr. Lott was a passenger in a vehicle driven by Edward Allen at approximately 12 Noon.  They were at or near 1750 Lanier Street, Washington, D.C. 20009.

6. On the same date and at the same time, the Defendant, Ms. Lee, was also operating a motor vehicle on Lanier Street in Washington, D.C. Ms. Lee  negligently caused her motor vehicle to strike the rear of the vehicle operated by Mr. Allen.

7. As a direct and proximate result of Defendant Ms. Lee's negligence and breach of duties, Plaintiff Larry Lott, suffered severe and permanent personal injuries, lost time from work, incurred medical bills, and experienced pain and suffering and continues to experience pain.

## Count I:  Negligence

8. Paragraphs 1-7 are hereby incorporated by reference and re-alleged as if fully restated herein.

9. Defendant Ms. Lee owed Plaintiff Mr. Lott numerous duties including, but not limited to the following:  to use reasonable and ordinary care, to maintain proper control of her vehicle, to pay full time and attention to her driving, to yield the right of way, to avoid collisions, to brake in time to avoid rear ending vehicles in front of her vehicle,  and to obey all traffic laws and regulations in effect in Washington, D.C.

10. Defendant Ms. Lee breached the duties owed to the Plaintiff by causing her vehicle to stike the vehicle that Mr. Lott was a passenger in in the rear.

11. As a direct and proximate result of Defendant Ms. Lee's negligence and breach of duties, Plaintiff Mr. Lott  sustained permanent personal injuries, incurred medical

expenses, will incur future medical expenses and lost time from work; and

experienced, and continues to experience pain and suffering.

WHEREFORE, Plaintiff Larry Lott demands judgment against Defendant Audrey A. Lee

(Ms. Lee) in the amount of Seven Hundred Fifty Thousand Dollars  ($750,000.00) plus

costs and interest.

Respectfully Submitted,

Kevin I. Goldberg, Bar No. 455547
Goldberg & Finnegan, LLC
1010 Wayne Ave. Suite 950
Silver Spring, MD 20910
(301) 589-2999

### JURY DEMAND

Plaintiff Larry Lott hereby demands a trial by jury as to all issues presented in this

Complaint.

Kevin I. Goldberg

THE PLAINTIFF MADE A DEMAND TO SETTLE THIS MATTER FOR MS. LEE'S
POLICY LIMITS.  THAT DEMAND WAS REJECTED BY NEW JERSEY
MANUFACTURER'S INSURANCE.