IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| LARRY LOTT | ) | |
| v. | ) | 2005 CA 005794 B |
| AUDREY J. LEE | ) | |

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO AUDREY J. LEE

YOU ARE HEREBY REQUESTED to produce the following documents at the law offices of Kevin I. Goldberg, 1010 Wayne Ave. #950 Silver Spring, MD 20910 within thirty (30) days.

1. Each document subpoenaed in this case.

2. Each subpoena issued in this case.

3. A copy of all medical reports obtained as a part of any independent medical exam conducted by the Defendant or any of the Defendant's agents (including any insurance company).

4. A copy of every insurance contract that provided coverage to you for the accident that is the subject of this lawsuit.

5. A copy of any and all statements allegedly made by any of the Plaintiffs.

6. A copy of any and all statements allegedly made by any and all persons claimed to be agents servants or employees of each of any of the Plaintiffs herein.

7. A copy of any statement made by you to any insurance company representative prior to this lawsuit being filed, including, but not limited to the statement referenced in Interrogatory #33.

8. A copy of any and all statements of any person claimed to be a witness to all or part of the accident in question.

9. Copy of all property damage estimates and/or repair bills

10. A copy of any and all photographs, plats, and/or diagrams made concerning the accident in question, including but not limited to the vehicles involved, the persons involved, the persons involved and/or the location of the accident.

11. A copy of any and all reports, films, audiotapes, videotapes, and/or tracings relating to this accident.

12. A copy of the Certificate of Title for the vehicle you were in on the date of the accident.

13. A copy of the police report relating to this accident.

14. Any videotapes or depictions of the Plaintiff that are in your possession, including any surveillance videotapes.

15. A copy of any personal injury protection form or Medpay form that you filled out relating to this collision.

16. A copy of any surveillance tape of any of the plaintiffs.

17. copies of property damage estimates

18. photographs of the cars involved in the collision.

19. Your medical records from the hospital where you were treated on the date of the accident.

20. Photocopy of front and back of your drivers' license.

21. Copy of any IME Report.

22. Copy of any other document that you intend to refer to at trial.

Compliance herewith can be accomplished by mailing copies of all documents to Plaintiff's counsel. Please contact the undersigned prior to the production date if you do not desire to mail copies.

                                        Respectfully Submitted,

                                        GOLDBERG & FINNEGAN

                                        Kevin Goldberg
                                        1010 Wayne Ave. #950
                                        Silver Spring, MD 20910
                                        301-589-2999
                                        Attorney for Plaintiff

**SERVED WITH SUMMONS AND COMPLAINT**