IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

LARRY LOTT                                  *

        Plaintiff                *

v.                                          *     CA No: 05-0005794

AUDREY J. LEE                               *     Judge John M. Campbell
                                            Next Event: Initial Conference
        Defendant                *     October 21, 2005

                                            *

*    *    *    *    *    *    *    *    *



## ANSWER TO COMPLAINT

Defendant, Audrey J. Lee ("Lee"), by her attorneys, Thomas V. McCarron and Semmes, Bowen & Semmes, answers the Complaint filed by Plaintiff and for cause states:

### FIRST DEFENSE

1.    In response to the allegations set forth in Paragraph 1, it is an assertion of jurisdiction and a legal conclusion to which no response is required.

2.    Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 2 of the Complaint.

3.    Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4.    The allegations contained in Paragraph 4 of the Complaint are legal conclusions with respect to jurisdiction to which a response is not required, except that Defendant does admit that the accident at issue occurred in Washington, D.C.

5.    Defendant admits the allegations contained in Paragraph 5 of the Complaint.

6. In response to the allegations contained in Paragraph 6 of the Complaint, Defendant admits that she was operating a vehicle on Lanier Street in Washington, D.C. at the time of the accident, but denies that she was negligent.

7. Defendant denies the allegations contained in Paragraph 7 of the Complaint.

## COUNT I: NEGLIGENCE

8. Defendant hereby incorporates by reference Paragraphs 1 - 7 above as if fully restated herein.

9. The allegations contained in Paragraph 9 of the Complaint contain legal conclusions to which no response is required.

10. Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of the Complaint.

**WHEREFORE**, Defendant prays that this Court dismiss the Complaint with prejudice.

Respectfully submitted,

*[signature]*
Thomas V. McCarron, # 465948
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of September, 2005, a copy of Defendant's Answer to Complaint was mailed, first-class, postage prepaid, to:

Kevin I. Goldberg
Goldberg & Finnegan, LLC
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910

*/s/ Thomas V. McCarron/pr*
Thomas V. McCarron

B0551552.WPD