IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LARRY LOTT** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. 1:05cv01901 EGS |
| **AUDREY J. LEE** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

The parties hereby stipulate that the disclosures required by Fed. R. Civ. Proc. Rule 26(a)(2) will not be made in this case.

Respectfully submitted,

_____  
Kevin I. Goldberg  
Goldberg & Finnegan, LLC  
1010 Wayne Avenue, Suite 950  
Silver Spring, Maryland 20910  
(301) 589-2999  

*Attorneys for Plaintiff*

_____  
Thomas V. McCarron, #465948  
Semmes, Bowen & Semmes  
250 West Pratt Street, 16th Floor  
Baltimore, Maryland 21201  
(410) 539-5040  

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_\_4th\_\_\_ day of October, 2005, a copy of the foregoing Stipulation was mailed first-class, postage prepaid to:

Kevin I. Goldberg, Esquire
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910

*Attorneys for Plaintiff*

_____
Thomas V. McCarron

B0555246.WPD