UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY LOTT | ) | Civil Action 05 1901 |
| | | EGS |
| v. | ) | |
| AUDREY J. LEE | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The Court is hereby notified that Thomas W. Farrington is hereby entering his

appearance on behalf of the Plaintiff in this matter.

Respectfully Submitted,


/s/
_____

Thomas W. Farrington
Goldberg & Finnegan, LLC
1010 Wayne Ave. Suite 950
Silver Spring, MD 20910
(301) 589-2999 x102
Fax: (301) 589-2644
Attorney for Plaintiff