IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LARRY LOTT** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. 1:05cv01901 EGS |
| **AUDREY J. LEE** | * | |
| **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PARTIES' JOINT STATUS REPORT
AND MOTION TO CONTINUE STATUS CONFERENCE**

The parties, by their undersigned counsel, pursuant to the Court's Scheduling Order, respectfully submit this Status Report and also move to continue the July 19, 2006 Status Conference currently scheduled before the Court and for cause state:

1.   The last court appearance was for the initial Scheduling Conference on January 5, 2006.  Discovery has essentially been completed in this case, or at least nearly so (the deadline is July 31).  There are no pending motions.

2.   The parties were originally scheduled to have a Settlement Conference before Magistrate Judge Kay on July 7.

3.   The Settlement Conference was twice thereafter continued, in the first instance by Magistrate Judge Kay due to a conflict that he must have developed and thereafter because the new date conflicted with counsel's trial calendars.

4.   The Settlement Conference is now scheduled for August 3.

5.   In the meantime, the Court had scheduled a Status Conference for July 19 at 12:00

noon.

6.     The parties respectfully suggest that a Status Conference would be best served after the August 3 Settlement Conference, at which the parties believe there to be a reasonable chance that the case will settle.

7.     Consequently, the parties jointly request that the Court continue the July 19 Status Conference until after August 3.

WHEREFORE, the parties pray that this Court continue the Status Conference currently scheduled for July 19 at 12:00 noon to a mutually convenient date after August 3, 2006.

Respectfully submitted,

*/s/ Kevin I. Goldberg by Thomas V. McCarron*          */s/ Thomas V. McCarron*
Kevin I. Goldberg                                      Thomas V. McCarron, #465948
Goldberg & Finnegan, LLC                               Semmes, Bowen & Semmes
1010 Wayne Avenue, Suite 950                           250 West Pratt Street, 16th Floor
Silver Spring, Maryland 20910                          Baltimore, Maryland  21201
(301) 589-2999                                         (410) 539-5040

*Attorneys for Plaintiff*                              *Attorneys for Defendant*

B0629667.WPD