UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
LARRY LOTT,                     )
                                )
        Plaintiff,              )
                                )   Civil Action No. 05-1901
    v.                          )   (EGS)
                                )
AUDREY J. LEE,                  )
                                )
        Defendant.              )
                                )
```

**O R D E R**

Upon consideration of the representation of counsel that a settlement has been reached between the parties, it is hereby

**ORDERED** that this case shall be removed from the active calendar of the Court, and it is

**FURTHER ORDERED** that no later than September 5, 2006, a praecipe shall be filed with the Court informing the Court that this case is settled and dismissed; and it is

**FURTHER ORDERED** that in the unlikely event a settlement is not reached, the parties are instructed to contact the Court to reinstate the matter to the active calendar; and it is

**FURTHER ORDERED** that the Status Conference set for September 7, 2006 is cancelled.

**SIGNED:    EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**
**August 4, 2006**